Receipt # 0606827

ORIGINAL

FILED
JUL 19 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | |
|---|---|
| Maxit Designs Inc., Plaintiff, vs. United States of America, Defendant | Case No.: Court File No. COMPLAINT For Copyright Infringement, Trademark Infringement, Violation of Federal Contract Law, Unfair Trade Practices |

07-543 C

MAXIT Designs Inc. a company located at Box 1052, Carmichael, California 95609, and represented by its attorney of record, Linda K. Hopkins, Intelliware International Law Firm, 449 South Owasso Boulevard West, Roseville, Minnesota 55113, hereby serves a Summons and Complaint upon the United States Government and Jacqueline Pelullo, Department of Defense, Defense Logistics Agency, in her capacity as Contracting Officer, for breach of federal contract law practices, copyright infringement, trademark infringement and unfair trade practices.

COUNT ONE COPYRIGHT INFRINGEMENT

MAXIT Designs Inc. holds copyrights that have been infringed repeatedly by the Department of Defense, United States Government. Although the Government has been notified of the infringements, the Government has continued to infringe using the copyrighted language even though it is applicable to the item described by the Government. Plaintiff seeks an award by this court of damages, attorneys' fees, and cessation of the infringing behavior-both on their Internet sites and in publications.

COUNT TWO BREACH OF FEDERAL CONTRACT REGULATIONS

In addition, Plaintiff has unlawfully been denied millions of dollars in



-- Intelliware Int'l Law Firm
449 South Owasso Boulevard West
Roseville, MN 55113
651-481-0177

defense procurement contracts due to Defendants' breach of federal procurement laws. Plaintiff seeks damages for the contracts unlawfully award to others as well as proper application of the federal regulations requiring Plaintiff's company to be designated as a commercial sole source awardee for a particular item used by the military services.

COUNT THREE TRADEMARK INFRINGEMENT

In addition, Plaintiff's trademark rights have been repeatedly damaged by unlawful use by the Department of Defense. Plaintiff seeks cessation of the infringing behavior - both on Defendant's Internet sites and in their published materials, damages and attorneys fees.

By LK Hopkins

Linda K. Hopkins,
Attorney at Law
Intelliware Int'l Law
Firm
449 South Owasso
Boulevard West
Roseville, MN 55113
651-481-0177