# In the United States Court of Federal Claims

No. 07-543C
(Filed: July 26, 2007)

* * * * * * * * * * * * * * * * * * * * * *
MAXIT DESIGNS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to RCFC 40.1(b), it is ORDERED that this action shall be transferred to Chief Judge Edward J. Damich. Chief Judge Damich has agreed to the transfer. The Clerk is directed to take the action necessary to reflect this transfer on the docket of the court.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge