# In the United States Court of Federal Claims

**No. 07-543 C**
**Filed: July 26, 2007**

MAXIT DESIGNS, INC.

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Chief Judge Edward J. Damich**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk