# In the United States Court of Federal Claims

No. 07-543 C

(Filed: August 6, 2007)

****************************************
MAXIT DESIGNS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

**ORDER**

On July 23, 2007, Plaintiff attempted to file an amended complaint in paper form; however, this case was designated as an electronic case file ("ECF") on July 19, 2007. The amended complaint failed to comply with Rule 5.1 of the Rules of the U.S. Court of Federal Claims ("RCFC") because the Proof of Service was missing. The amended complaint also failed to comply with RCFC 5.3(d) and (g) in that the appropriate number of copies were not filed and the judge's name was not included under the docket number.

On or before **August 17, 2007**, the Court ORDERS Plaintiff to obtain an ECF account and to file *electronically* a corrected amended complaint that complies with RCFC 5.1 and 5.3(g). The Court directs the Clerk of Court to return the deficient filing and mail a copy of this order to:

Linda K. Hopkins
Intelliware Int'l Law Firm
449 South Owasso Boulevard West
Roseville, MN 55113

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge