# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| MAXIT DESIGNS, INC., | |
| Plaintiff, | |
| v. | No. 07-543 C<br>Chief Judge Edward J. Damich |
| UNITED STATES, | |
| Defendant. | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Susan L. C. Mitchell as attorney of record for the United States. Service of all papers should be addressed as follows:

Susan L. C. Mitchell
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Susan L. C. Mitchell
SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: susan.mitchell@usdoj.gov
Telephone: (202) 616-8116
Facsimile: (202) 307-0345

Dated: August 15, 2007