IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | |
|---|---|
| Maxit Designs Inc.,<br>Plaintiff,<br>vs.<br><br>United States of America,<br>Defendant | ) Case No.: Court File No. 07-543 C<br>)<br>) FIRST AMENDED SUMMONS AND COMPLAINT<br>) For Copyright Infringement, Trademark<br>) Infringement, Violation of Federal<br>) Contract Law, Unfair Trade Practices |

**CERTIFICATE OF SERVICE**

Linda K. Hopkins, Attorney for Plaintiff Maxit Designs, Inc., hereby affirms that the Amended Complaint in this captioned matter was served on Defendant United States of America on July 23, 2007, at the Office of the Clerk of Court, U. S. Court of Federal Claims,717 Madison Place N.W., Washington D.C., 20005 by mailing Amended Complaint to said party via the United States Postal Service.

Date: August 17, 2007

/s/ Linda K. Hopkins

Linda K. Hopkins, Attorney At Law
INTELLIWARE INT'L LAW FIRM
449 South Owasso Boulevard West
Roseville, Minnesota 55113
612-481-0177; Fax 612-481-0177
lin.hopkins@hotmail.com