**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Maxit Designs, Inc..
Name of the attorney of record (See RCFC 83.1(c)):
Linda K. Hopkins
Firm Name: Intelliware International Law Firm
Post Office Box: N/A
Street Address: 449 South Owasso Boulevard West
City-State-Zip: Roseville Minnesota 55113
Telephone & Facsimile Numbers: 651-481-0177; Fax 651-481-0177
Is the attorney of record admitted to the Court of Federal Claims Bar? 9 Yes 9 No (Pending by Clerk of Court)
Does the attorney of record have a Court of Federal Claims ECF account? Yes
.
Nature of Suit Code: 118 (Causes of Action include Failure of Govt to Grant Contracts by not following Regulations for Use of Commercial Products, Unlawful Use and Disclosure of Technical Data; Copyright Infringement; and Trademark Infringement)
Agency Identification Code: DOD
See attached sheet for three-digit codes.
Amount Claimed: $20 million estimated (subject to discovery)
Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? Yes
If yes, please note that two copies are necessary.
Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 30.382,893.60 plus procurement issued on basis of Solicitation No. SPO100-04-R-0115 issued 5/21/04 plus others revealed by discovery.
Is plaintiff a small business? Yes
Vaccine Case:
Date of Vaccination: ________________________
Related Cases:
Is this case directly related to any pending or previous case? No