IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | |
|---|---|
| Maxit Designs Inc.,<br>Plaintiff,<br>vs.<br><br>United States of America,<br>Defendant | Case No.07-543 C<br>Chief Judge EDWARD J. DAMICH<br><br>FIRST AMENDED SUMMONS AND COMPLAINT For Copyright Infringement, Trademark Infringement, Violation of Federal Contract Law, Unfair Trade Practices |

RCFC 7.1 Disclosure Statement

Maxit Designs, Inc, through its attorney of record Linda K. Hopkins, states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock

Date: August 12, 2007

By: /s/ Linda K. Hopkins

Linda K. Hopkins, Attorney for Plaintiff
INTELLIWARE INT'L LAW FIRM
449 South Owasso Boulevard West
Roseville, Minnesota 55113
Phone: 651-481-0177; Fax: 651-481-0177

IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | | |
|---|---|---|
| Maxit Designs Inc., | ) | Case No.07-543 C |
| Plaintiff, | ) | Chief Judge EDWARD J. DAMICH |
| vs. | ) | |
| | ) | FIRST AMENDED SUMMONS AND |
| United States of America, | ) | COMPLAINT For Copyright Infringement, |
| Defendant | ) | Trademark Infringement, Violation of Federal |
| | ) | Contract Law, Unfair Trade Practices |
| | ) | |
| | ) | |
| | ) | |

RCFC 7.1 Disclosure Statement

Maxit Designs, Inc, through its attorney of record Linda K. Hopkins, states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock

Date: August 12, 2007

By: /s/ Linda K. Hopkins

Linda K. Hopkins, Attorney for Plaintiff
INTELLIWARE INT'L LAW FIRM
449 South Owasso Boulevard West
Roseville, Minnesota 55113
Phone: 651-481-0177; Fax: 651-481-0177