**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| MAXIT DESIGNS, INC., | |
| Plaintiff, | |
| v. | No. 07-543 C<br>Chief Judge Edward J. Damich |
| UNITED STATES, | |
| Defendant. | |

**UNITED STATES' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE ITS ANSWER**

Defendant United States ("government") moves for a sixty-day extension of time to answer, or otherwise respond to, the complaint. The answer is currently due on September 17, 2007. The government seeks a sixty-day extension up to, and including, November 16, 2007. Plaintiff does not oppose this motion.

The government needs this additional time to complete its investigation of the allegations in the complaint and to prepare any defenses that the government may have. For instance, plaintiff has alleged four claims in disparate fields of law including copyright infringement, trademark infringement, federal contract law, and unfair trade practices for events that took place as early as 1994. The government needs additional time to investigate these various claims.

For all of these reasons, the government respectfully requests that it be granted an extension of time to answer, or otherwise respond to, the complaint up to, and including, November 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Susan L. C. Mitchell

SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: susan.mitchell@usdoj.gov
Telephone: (202) 616-8116
Facsimile: (202) 307-0345

Dated: September 10, 2007