**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111

IN REPLY REFER TO

MAY 0 2 2007

DSCP-FQBC

Gail Ellison, President
Maxit Designs, Inc.
4044 Wayside Lane
Carmichael, CA 95608

Dear Ms. Ellison:

The Defense Supply Center Philadelphia has awarded a contract for the Neck Gaiter requirement described in solicitation Number SP0100-04-R-0115. The solicitation was synopsized on the procurement gateway and thirty-four (34) proposals were received. Award was made as follows:

| Awardee | Item | Total Dollar Value (Incl all options) |
|---|---|---|
| Meke, Incorporated<br>638 East Main Street<br>New Holland, PA 17557-0225 | Neck Gaiter | $3,000,000.00 |

Your proposal for the above item was not determined to be the most advantageous to the Government based on an integrated assessment using Best Value Selection criteria and price.

You may request to be debriefed if more detailed information concerning the evaluation of your proposal is desired. Your request must be in writing and addressed to the undersigned Contracting Officer and must be received by this office within three days of your receipt of this notice.

We appreciate your interest in this acquisition and hope you will continue participating in future requirements.

Sincerely,

Jacqueline Pelullo

JACQUELINE PELULLO
Contracting Officer