MAXIT™ Designs

MANUFACTURERS OF SPORTSWEAR

COPY

April 28, 1994

Mr. David Querim
Defense Personnel Support Center
Clothing and Textiles Directorate
Attn: DPSC-FSSD
2800 South 20th Street
Philadelphia, PA 19101-8419

Dear Mr. Querim;

It has recently been brought to my attention that an open bid has been issued on our product The HEADGATOR (neck gaiter) designed to be worn 6 different ways.

You may be unaware that MAXIT Designs, Inc. owns copyrights to the above item. The 6 different ways to wear a neck gaiter are unique to MAXIT and are actively protected.

As I am sure that Natick [or any Government Agency] respects all United States Government Copyrights and Patents somehow, an error has been made. Perhaps the error stems from an incorrect "Type Classification".

We would be pleased to submit a price on our HEADGATOR (neck gaiter) for you. Kindly submit the appropriate paperwork and quantities.

Very Sincerely Yours,

MAXIT Designs, Inc.

GAIL J. ELLISON
President

P.O. BOX 1052 • CARMICHAEL, CA 95609 • (916) 489-1023
Outside CA - 800 55 MAXIT