# In the United States Court of Federal Claims

No. 07-543 C

(Filed: December 6, 2007)

**********************************

| | |
|---|---|
| **MAXIT DESIGNS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

**********************************

## ORDER

On November 29, 2007, Plaintiff Maxit Designs, Inc. filed a document titled "Plaintiff's Response to Answer One of U.S. Government." However, there is no provision in the Rules of the United States Court of Federal Claims ("RCFC") for filing a "Response" to an Answer. Plaintiff has not made any request to the Court for leave to file such a document, and the document itself offers no reason or explanation for why the Court should permit such a filing. It is unclear what this document was intended to be and what it was intended to accomplish.

Accordingly, the Court hereby ORDERS that Plaintiff's document titled "Plaintiff's Response to Answer One of U.S. Government" be stricken from the record. Plaintiff's counsel is instructed to refer to, and follow, the RCFC when filing documents in this court.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge