IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | |
|---|---|
| Maxit Designs Inc., | ) Case No. 07-543 C |
| Plaintiff, | ) Chief Judge EDWARD J. DAMICH |
| vs. | ) |
| United States of America, Department of Defense, and Defense Logistics Agency | ) |
| Defendants | ) |

MAXIT DESIGNS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO MOTION FOR DISMISSAL

Plaintiff Maxit Designs Inc. moves for a sixty-day extension of time to answer, or otherwise respond to, the Motion for Dismissal filed by Defendant United States ("government"). The answer is currently due on December 16, 2007. The Plaintiff seeks a sixty-day extension up to, and including, February 16, 2007. Defendant does not oppose this motion.

Plaintiff requests this additional time to locate attorney representatives specializing in litigation and located in the Washington D. C. area. Current legal representative does not specialize in litigation nor is her office located in Washington D.C., where the United States Court of Federal Claims where the trial will take place.

For all of these reasons, Plaintiff respectfully requests that it be granted an extension of time to answer, or otherwise respond to, the complaint up to, and including, February 16, 2007.

Respectfully submitted,

s/Linda K. Hopkins
Linda K. Hopkins, Attorney At Law
Attorney for Plaintiff
INTELLIWARE INT'L LAW FIRM
449 South Owasso Boulevard West
Roseville, Minnesota 55113
(Telephone/Fax) 651-481-0177
Email: lin.hopkins@hotmail.com

Date: December 11, 2007