**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| MAXIT DESIGNS, INC., | |
| Plaintiff, | |
| v. | No. 07-543 C<br>Chief Judge Edward J. Damich |
| UNITED STATES, | |
| Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiff Maxit Designs, Inc. and defendant United States (parties) move for a sixty-day extension of time to file the Joint Preliminary Status Report (JPSR). The JPSR is currently due on Monday, January 7, 2008. The parties seek a sixty-day extension up to, and including, Friday, March 7, 2008.

The parties need this additional time for Maxit Designs, Inc., (Maxit) to seek new counsel to represent it, and participate in the preparation of the JPSR. This Court has previously granted Maxit's request for a sixty-day extension of time to respond to the United States' motion to dismiss for the same reason. Granting the sixty-day extension of time for the parties to file a JPSR would maintain the parity of the schedule for this case.

For all of these reasons, the parties respectfully request that they be granted an extension of time to file a JPSR up to, and including, Friday, March 7, 2008.

Respectfully submitted,

Dated: January 4, 2008

s/Linda K. Hopkins

LINDA K. HOPKINS
INTELLIWARE INT'L LAW FIRM
449 South Owasso Boulevard West
Roseville, Minnesota 55113
(Telephone/Fax) 651-481-0177
Email: lin.hopkins@hotmail.com

Attorney for Plaintiff

JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

Dated: January 4, 2008

s/Susan L. C. Mitchell

SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: susan.mitchell@usdoj.gov
Telephone: (202) 616-8116
Facsimile: (202) 307-0345

Attorneys for Defendant