# In the United States Court of Federal Claims

No. 07-543 C

(Filed: May 16, 2008)

| | |
|---|---|
| ************************************ | |
| **MAXIT DESIGNS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

The Court hereby ORDERS the parties to appear for a telephonic status conference on **May 28, 2008, at 3:00pm Eastern Time**. At the status conference, the parties shall be prepared to discuss Plaintiff's recent motions for extensions of time and the status of Plaintiff's search for new counsel. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at 202.357.6483 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge