# In the United States Court of Federal Claims

No. 07-543 C

(Filed: May 30, 2008)

| | |
|---|---|
| ************************************* | |
| **MAXIT DESIGNS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

The Court held a telephonic status conference on May 28, 2008, to discuss Plaintiff's motions for extensions of time, dating back to December 12, 2007. During the status conference, Plaintiff's counsel indicated that an additional thirty days should be a reasonable amount of time for Plaintiff to find new representation. Plaintiff's request for an additional thirty days to find new counsel is GRANTED. Plaintiff's response to Defendant's motion to dismiss and the parties' joint preliminary status report shall be due on or before **July 7, 2008**.

As discussed at the status conference, however, if Plaintiff has not found new representation by July 7, 2008, the Court will be inclined to dismiss this case under Rule 41(b) of the Rules of the Court of Federal Claims, for failure to prosecute.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge