IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | |
|---|---|
| Maxit Designs Inc., | Case No. 07-543 C |
| Plaintiff, | Chief Judge Edward J. Damich |
| vs. | MOTION FOR VOLUNTARY DISMISSAL |
| United States of America, Department of Defense, and Defense Logistics Agency | |
| Defendants | |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Proc. 41(a), plaintiff Maxit Designs Inc., hereby moves to dismiss the above-captioned action without prejudice. The United States does not oppose this motion.

Since filing the initial Summons and Complaint, dated July 13, 2007, plaintiff has found it impossible to proceed forward with this case.

To ensure that plaintiff is properly and wholly represented in this matter, plaintiff considers it prudent to dismiss this action and consider future representation of its interests in the United States courts.

Each side shall bear its own costs and attorney fees.

.
Dated: July 7, 2008

Respectfully submitted,

Linda K. Hopkins,
INTELLIWARE INT'L LAW FIRM
449 South Owasso Blvd W
Roseville, MN 55113
Telephone: (651) 481-0177
*Counsel for Plaintiff Maxit Designs*