# In the United States Court of Federal Claims

**No. 07-543 C**

**MAXIT DESIGNS, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 17, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that the complaint is dismissed, without prejudice.

John S. Buckley
Acting Clerk of Court

**July 23, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.